No. A–21.   SAYLES *v.* HART, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.   C. A. D. C. Cir.   Application to recall and stay the mandate, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–216.   BOYD *v.* UNITED STATES.   Application for bail, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–228.   IN RE DISBARMENT OF FRY.   Disbarment entered.   [For earlier order herein, see 450 U. S. 1038.]

No. D–232.   IN RE DISBARMENT OF MCCLELLAN.   Disbarment entered.   [For earlier order herein, see 450 U. S. 1038.]

No. D–234.   IN RE DISBARMENT OF FONTAINE.   Disbarment entered.   [For earlier order herein, see 451 U. S. 967.]

No. D–235.   IN RE DISBARMENT OF WILLIAMS.   Disbarment entered.   [For earlier order herein, see 451 U. S. 967.]

No. D–236.   IN RE DISBARMENT OF ROSENBLUM.   Disbarment entered.   [For earlier order herein, see 451 U. S. 967.]

No. D–238.   IN RE DISBARMENT OF NATALE.   Disbarment entered.   [For earlier order herein, see 451 U. S. 979.]

No. D–240.   IN RE DISBARMENT OF WALSH.   Disbarment entered.   [For earlier order herein, see 452 U. S. 902.]

No. D–242.   IN RE DISBARMENT OF CASKEY.   Disbarment entered.   [For earlier order herein, see 452 U. S. 935.]

No. D–244.   IN RE DISBARMENT OF IVLER.   It is ordered that George Ivler, of Paterson, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.